# EXHIBIT A

# GLOBAL SOLUTIONS

for your International Commerce Operations





## WHO ARE WE?

We have more than 15 years of experience in the following industries: oil, gas, energy, construction ...

More from us

(?m=about)



# SERVICES

These are some of the advantages your company will enjoy with Petroleum Logistics
Service.

Read more about our service

(?m=services)



## CONTACT US

1519 NW 82nd Ave, Miami Fl 33126
Phone: USA (786) 420-9369
Email: info@petrologservice.com

Contact us

(?#contact)

# WHERE
# ARE WE?

**Petroleum Logistic Service** has offices strategically located in
North America, Central America and South America. In order to
efficiently cover operations worldwide, we count on a wide network

of business alliances and logistics partners in several countries. Our main office is located Miami, USA, where we also have a modern warehouse for reception, storage and dispatch.



# OUR SERVICES

## 1. Procurement

At Petroleum Logistics Service, helps customers manage internationa most suitable products according to their needs and requirements, ar

(?m=services)





Read more

# CONTACT US

* Full name

<br>

* Email

[ ]

**\* Cellphone number**

[ ]

**\* Company name**

[ ]

**\* Address**

[ ]

**How did you find us?**

[ ]

**\* Comment**

[ ]

Quality Management System



\* All fields are reqiuered. Your privacy is important to us.

Send

Copyright © Petroleum 2016 - All rights reserved

**in** (https://www.linkedin.com/company/petroleum-logistics-service?trk=biz-

companies-cym)