# EXHIBIT B

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**CITGO Petroleum Corporation**

                      **Plaintiff**

Case No.: 4:20-cv-01820

                      *vs.*

**Petroleum Logistics Service Corp., et al.**

                      **Defendant(s)**

## AFFIDAVIT OF DUE DILIGENCE

I, Joseph Onega, a Private Process Server, having been duly authorized to make service of the Summons, Certificate of Interested Parties, Civil Cover Sheet, Plaintiff CITGO Petroleum Corporation's Complaint, and Fed. R. Civ. P. 7.1 Corporate Disclosure Statement in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Petroleum Logistics Service Corp. with the above named process.

That on August 14, 2020 at 2:13 PM, I attempted to serve Petroleum Logistics Service Corp. at 1519 NW 82nd Avenue, Miami, Florida 33126. On this occasion, I found the business at the address to be Meson Valves. Accordingly, I spoke with the front desk receptionist who would not provide her name to me, but did state that Petroleum Logistics Service Corp. is unknown there.

I declare under penalty of perjury that this information is true.

_____8/18/2020_____                      _____/s/ Joseph Onega_____
Executed On                                               Joseph Onega

Client Ref Number: 126122-00014
Job #: 1580414

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050