# EXHIBIT C

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

## Secretary of State

August 14, 2020

Jennifer Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002

**2020-319550**

**Include reference number in all correspondence**

RE: CitGo Petroleum Corporation vs Petroleum Logistics Service Corp., et al
United States District Court for the Southern District of Texas
Cause No. 420CV01820

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662



# The State of Texas
## Secretary of State

2020-319550-2

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action; Plintiff's Complaint; Fed. R. Civ. P.7.1 Corporate Disclosure Statement in the cause styled:

CitGo Petroleum Corporation vs Petroleum Logistics Service Corp., et al
United States District Court for the Southern District of Texas
Cause No: 420CV01820

was received by this office on August 4, 2020, and that a copy was forwarded on August 11, 2020, by REGISTERED MAIL, return receipt requested to:

Petroleum Logistics Service Corp.
Fabrega, Molino and Mulino
50 St. P. O. Box: 0816-00744
Panama City, Panama

Date issued: August 14, 2020

_____
Ruth R. Hughs
Secretary of State
GF/vm



# The State of Texas
### Secretary of State

2020-319550-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action; Plintiff's Complaint; Fed. R. Civ. P.7.1 Corporate Disclosure Statement in the cause styled:

CitGo Petroleum Corporation vs Petroleum Logistics Service Corp., et al
United States District Court for the Southern District of Texas
Cause No: 420CV01820

was received by this office on August 4, 2020, and that a copy was forwarded on August 11, 2020, by REGISTERED MAIL, return receipt requested to:

Petroleum Logistics Service Corp.
Attn: PLS Managing Agent
Trump OfficeTower
2nd Floor, Office 2-06, Punta Pacifica
Panama City, Panama



Date issued: August 14, 2020

Ruth R. Hughs
Secretary of State
GF/vm



# The State of Texas
## Secretary of State

2020-319550-3

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action; Plintiff's Complaint; Fed. R. Civ. P.7.1 Corporate Disclosure Statement in the cause styled:

CitGo Petroleum Corporation vs Petroleum Logistics Service Corp., et al
United States District Court for the Southern District of Texas
Cause No: 420CV01820

was received by this office on August 4, 2020, and that a copy was forwarded on August 11, 2020, by REGISTERED MAIL, return receipt requested to:

Petroleum Logistics Service Corp.
Jaymy Lilibeth Dominguez Caicedo
PH Riverside, Piso 23, Apto. 23A
Calle 5ta, Parque Lefevre y via Espana
Parque Lefevre, Panama



Date issued: August 14, 2020

Ruth R. Hughs
Secretary of State
GF/vm