# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CITGO PETROLEUM CORP., <br><br> *Plaintiff* <br><br> v. <br><br> PETROLEUM LOGISTICS SERVICE CORP., and JOSE MANUEL GONZALEZ TESTINO, <br><br> *Defendants*. | Civil Case No. 4:20-cv-01820 <br><br> Jury Trial Demanded |

## PROOF OF SERVICE

I, Sarah M. Wastler, hereby declare as follows:

1. I am a partner at Willkie Farr & Gallagher LLP ("Willkie"), attorneys of record for plaintiff CITGO Petroleum Corporation ("CITGO"). Unless otherwise indicated below, I have personal knowledge of the matters set forth herein and would be competent to testify to those matters if called upon to do so.

2. In accordance with this Court's August 24, 2020 Order granting CITGO's Motion for Substitute Service ("Service Order"), CITGO served defendant Jose Manuel Gonzalez Testino ("Testino") by the following means:

3. On September 1, 2020, I engaged a process server who mailed copies of the Complaint, Summons, Plaintiff's Motion for Substitute Service on Defendant Testino and Motion for Extension of Time to Effectuate Service, Service Order, Certificate of

*5681121.1*

Interested Parties, Civil Cover Sheet, and Fed. R. Civ. P. 7.1 Corporate Disclosure Statement (collectively, the "Service Documents") to Testino at 200 Biscayne Boulevard Way, Unit 3903, Miami, Florida 33131, via first class U.S. Potage prepaid and United States Postal Service, Certified Mail, Return Receipt Requested.  *See* Aff. of Christopher Mas, attached hereto as Ex. A; *see also* Aff. of Rebecca E. Short (Testino Mailing), attached hereto as Ex. B.

4. On September 10, 2020, the return receipt related to this certified mailing was returned to the process server, with the designation "Covid 19" filled in on the signature line.  *See* Ex. B.

5. Additionally, on September 1, 2020, the process server mailed copies of the Service Documents to Testino's counsel in his criminal proceeding, Edward Shohat, Esq., at Jones Walker LLP, 201 South Biscayne Boulevard, 26th Floor, Miami, Florida 33131 via United States Postal Service, Certified Mail, Return Receipt Requested.  *See* Ex. A; *see also* Aff. of Rebecca E. Short (Shohat Mailing), attached hereto as Ex. C.

6. On September 8, 2020, the return receipt related to this certified mailing was returned to the process server, with the initials "LS" on the signature line and "C19" on the "received by" line.  *See* Ex. C.

7. On September 1, 2020, the process server emailed copies of the Service Documents from the email address of Rebecca E. Short (rshort@capitolprocess.com) to the listed email address of Edward Shohat, Esq. (eshohat@joneswalker.com).  To date, Ms. Short has not received any confirmation acknowledging receipt of the email.  *See* Ex. A.

*5681121.1*

8.     Finally, on September 5, 2020, the process server left a copy of the Service Documents at the door of 200 Biscayne Boulevard Way, Unit 3903, Miami, Florida 33131. *See* Ex. A.

9.     According to the process server, as he was leaving a copy of the Service Documents at the abovementioned address, a man identifying himself as "Kion" opened the door and informed the process server that he had moved into Unit 3903 two weeks prior and that Testino was no longer a resident at the address. This man further stated that he did not have any contact information for Testino. The process server was not able to determine whether or not any of these statements were truthful. *See* Ex. A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 7, 2020

                                                     /s/ *Sarah M. Wastler*
                                                     Sarah M. Wastler