United States District Court
Southern District of Texas
**ENTERED**
November 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CITGO PETROLEUM CORPORATION § | |
| § | CIVIL ACTION NO.  4:20-CV-1820 |
| VS. § | |
| § | |
| PETROLEUM LOGISTICS SERVICE § | |
| CORP., et al § | |

## **ORDER**

Your initial scheduling conference in this case is scheduled for 9:30 a.m. on Thursday, December 17, 2020.  As a general rule, I require counsel to attend initial scheduling conferences in person.  Given the coronavirus outbreak's devastating impact on our society, that general rule is obviously suspended for the December 17, 2020 initial scheduling conferences.  In an effort to maximize modern technology, we will conduct the pretrial conferences by videoconference using the platform Zoom.  A day or so before the initial scheduling conference my case manager will circulate to all counsel of record a link to join the Zoom meeting.  Please click on that link at least 5-10 minutes before your hearing to test your system.

Here are some basic instructions on how to use Zoom

### **REQUIRED EQUIPMENT**

- a telephone; or
- a smart phone with camera; or
- a computer with camera and microphone and access to internet service.

### SOFTWARE

- Please download the Zoom Client well in advance of the hearing:

    ➢ The free app for smartphone is available at the Apple App Store for iPhones and Google Play for Androids.

    ➢ The Free Software for your computer is available at Zoom.us. Click on the "Resources" tab at the top right and select "Download Zoom Client."

- You do not have to register with Zoom, but it is encouraged and it is free.

Please confer with opposing counsel as required by FED. R. CIV. P. 26(f), and prepare and file by Thursday, December 10, 2020, a joint discovery/case management plan. Upon receipt and review of the joint discovery/case management plan, I will prepare a draft docket control order and have my case manager email it to all counsel a few days before the initial scheduling conference. We will discuss the draft docket control order on the videoconference.

One other note: you are NOT required to wear formal courtroom attire during the videoconference. You are, however, required to wear clothes.

SIGNED and ENTERED this 23rd day of November, 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE