# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CITGO PETROLEUM CORP., <br><br> *Plaintiff* <br><br> v. <br><br> PETROLEUM LOGISTICS SERVICE CORP., and JOSE MANUEL GONZALEZ TESTINO, <br><br> *Defendants*. | Civil Case No. 4:20-cv-01820 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for leave to conduct third-party discovery, it is hereby:

**ORDERED** that Plaintiff's motion is GRANTED and Plaintiff can serve the third-party discovery requests described in its motion; and

**IT IS FURTHER ORDERED** that Plaintiff will file status updates with the Court every 60 days advising the Court on its progress in pursing this discovery.

DATED: _____, 2021

_____
UNITED STATES DISTRICT JUDGE