Case 4:20-cv-01820   Document 40   Filed on 06/21/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CITGO PETROLEUM CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> PETROLEUM LOGISTICS SERVICE CORP., and JOSE MANUEL GONZALEZ TESTINO, <br><br> *Defendants*. | Civil Case No. 4:20-cv-01820 <br><br> **Jury Trial Demanded** |

## ORDER

Having considered Petitioner CITGO Petroleum Corp.'s *Motion to Compel Respondent Sergio Omana's Compliance With Subpoena*, it is hereby

**ORDERED,** that CITGO Petroleum Corp.'s Motion is **GRANTED;** it is

**FURTHER ORDERED** that Sergio Omana must within three weeks of this Order produce all non-privileged documents and information responsive to the subpoena served upon Mr. Omana on December 1, 2021; and it is

**FURTHER ORDERED** that Sergio Omana is in contempt under Fed. R. Civ. P. 45. This Court **GRANTS** CITGO leave to file with this Court the costs incurred in filing the Motion, including reasonable attorneys' fees.

SIGNED June 21, 2022.

_George C. Hanks Jr._
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**