# EXHIBIT 12

| pls po | Comprador | DATE | PO | PO Amount | PO Handling Fee | leslie | Column3 | carmen | Column2 | maria antonieta | Column1 | yleana garcia | WALTER | notes | STATUS | FECHA DE COBRANZA EN PANAMA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | LP | 9/26/2016 | 160242 | $ 35,833.00 | $ 2,060.40 | | | $ 358.33 | | | | $ 35.83 | $ - | | cobrada | |
| 127 | AVS | 10/17/2016 | 160285 | $ 148,379.87 | $ 8,531.84 | | | | | $ 1,483.80 | | $ 148.38 | $ 296.76 | | | |
| 125 | AVS | 10/17/2016 | 160291 | $ 82,670.99 | $ 4,753.58 | | | | | $ 826.71 | | $ 82.67 | $ 165.34 | | COBRADO 07/14 SOBRE 2615.65 150.10 USD, cobrado 08/02 sobre 83599 | |
| 126 | LP | 10/18/2016 | 160261 | $ 577,510.00 | $ 33,206.83 | | | $ 5,775.10 | | | | $ 577.51 | $ 1,155.02 | | | |
| 129 | MH | 10/19/2016 | 160304 | $ 316,258.88 | $ 18,184.89 | | | $ 632.52 | | | | $ 316.26 | $ - | | cobrada 06/21 | |
| 123 | AVS | 10/20/2016 | 160296 | $ 445,506.25 | $ 25,616.61 | | | | | $ 4,455.06 | | $ 445.51 | $ 891.01 | | cobrado 06-13 | |
| 130 | MH | 10/24/2016 | 160309 | $ 4,400.00 | $ 253.00 | | | | | | | $ 4.40 | $ - | | cobrada 05-31 | |
| 131 | MR | 10/25/2016 | 160301 | $ 3,482,869.40 | $ 200,264.99 | $ 24,380.09 | | $ 10,448.61 | | | | $ 3,482.87 | $ 6,965.74 | | cobrado 05-10, 124405 en comision, total facturacion 2163570 | |
| 124 | AVS | 10/27/2016 | 160283 | $ 1,029,597.72 | $ 59,201.87 | | | | | $ 10,295.98 | | $ 1,029.60 | $ 2,059.20 | | cobrada 06/21 sobre 933k | |
| 133 | AVS | 11/7/2016 | 160311 | $ 550,589.38 | $ 27,529.47 | | | | | $ 5,505.89 | | $ 550.59 | $ - | | cobrada 04-05017 | |
| 134 | AVS | 11/10/2016 | 160310 | $ 283,521.00 | $ 16,302.46 | | | | | $ 2,835.21 | | $ 283.52 | $ 567.04 | | cobrada completa 05/10 | |
| 135 | MR | 11/11/2016 | 160336 | $ 50,735.00 | $ 2,917.26 | $ 355.15 | | $ 152.21 | | | | $ 50.74 | $ 101.47 | | | |
| 136 | MH | 11/11/2016 | 160341 | $ 195,400.00 | $ 11,235.50 | | | | | | | $ 195.40 | $ - | $ 1,954.00 | | |
| 139 | AVS | 11/15/2016 | 160358 | $ 392,522.00 | $ 22,570.02 | | | | | $ 3,925.22 | | $ 392.52 | $ 785.04 | | | |
| 140 | AVS | 11/17/2016 | 160337 | $ 345,376.04 | $ 19,859.12 | | | | | $ 3,453.76 | | $ 345.38 | $ 690.75 | | | |
| 143 | AVS | 11/23/2016 | 160331 | $ 270,672.00 | $ 15,563.64 | | | | | $ 2,706.72 | | $ 270.67 | $ 541.34 | | cobrada 06/21 sobre 270 k | |
| 144 | LP | 11/25/2016 | 160368 | $ 4,307,517.00 | $ 193,838.27 | | | $ 43,075.17 | | | | $ 4,307.52 | $ 292.92 | | facturado 2302713y cobrado 103261en abril 05 OJO 4.5 % DESCUENTO,, cobrado 43198.37 05/10 | |
| 145 | MR | 11/29/2016 | 160322 | $ 841,127.98 | $ 39,953.58 | $ 5,887.90 | | $ 2,523.38 | | | | $ 841.13 | $ - | | OJO 4.75 % DESCUENTO, cobrado com 48364.86 | |
| 146 | MR | 11/29/2016 | 160356 | $ 281,078.00 | $ 16,161.99 | $ 1,967.55 | | $ 843.23 | | | | $ 281.08 | $ 562.16 | | cobrada 06/21 sobre 272k, COBRADO SOBRE 28830, 07/14/17 | |
| 147 | AVS | 11/29/2016 | 160333 | $ 75,351.60 | $ 4,328.00 | | | | | $ 753.52 | | $ 75.35 | $ 150.70 | | cobrada completa 05/10 | |
| 148 | AVS | 11/29/2016 | 160334 | $ 326,558.00 | $ 18,777.09 | | | | | $ 3,265.58 | | $ 326.56 | $ 653.12 | | | |
| 150 | AVS | 11/29/2016 | 160338 | $ 441,181.09 | $ 25,367.91 | | | | | $ 4,411.81 | | $ 441.18 | $ 882.36 | | | |
| 151 | AVS | 11/30/2016 | 160352 | $ 241,315.00 | $ 13,875.61 | | | | | $ 2,413.15 | | $ 241.32 | $ 482.63 | | COBRADO 6703.06 SOBRE 116575 07/14 | |
| 154 | LP | 12/7/2016 | 160262 | $ 183,240.00 | $ 10,536.30 | | | $ 1,832.40 | | | | $ 183.24 | $ 366.48 | | | |
| 155 | MH | 12/13/2016 | 160377 | $ 139,789.00 | $ 8,037.87 | | | | | | | $ 139.79 | $ 279.58 | $ 1,397.89 | cobrado 06-13/ cobrado 06/21 sobre 23865, cobrada junio 21, sobre 23865 | |
| 156 | AVS | 12/16/2016 | 160335 | $ 1,000,973.40 | $ 45,043.80 | | | | | $ 10,009.73 | | $ 1,000.97 | $ - | | OJO 4.5 % DESCUENTO parcial en almacen ye stamos resolviendo discrepancias para enviar a vzla | |
| 159 | MR | 12/16/2016 | 160369 | $ 27,500.00 | $ 1,581.25 | | | | | | | | | | caso en proceso de cancelacion | |
| 161 | MR | 12/29/2016 | 160404 | $ 2,226,420.00 | $ 100,188.00 | $ 15,584.94 | | $ 6,679.26 | | | | $ 2,226.42 | $ 3,649.68 | | cobrado sobre 650520OJO 4.5 % DESCUENTO, Cobrado 1824840 en mayo 10 | |
| 162 | LP | 1/17/2017 | 160403 | $ 29,441,884.51 | $ 1,692,908.36 | | | $ 147,209.42 | | | | $ 29,441.88 | $ 58,883.77 | | cobrado sobre 12077717 en 06-21, cobrado 07-27 sobre 2974842, cobrado 08/02 sobre 12830123 | |
| 163 | MR | 1/17/2017 | 160391 | $ 344,897.50 | $ 19,831.61 | $ 2,414.28 | | $ 1,034.69 | | | | $ 344.90 | $ 689.80 | | | |
| 165 | LP | 1/19/2017 | 160401 | $ 9,558,123.14 | $ 549,592.08 | | | $ 95,581.23 | | | | $ 9,558.12 | $ 19,116.25 | | cobrado en mayo 10 56541 de comision cobrado en mayo 31, 12929 de comision, COBRADO 10784 SOBRE 187 K. 07/14, cobrado 07-27 sobre 1029891 | |
| 166 | AVS | 1/19/2017 | 160284 | $ 212,088.51 | $ 12,195.09 | | | | | $ 2,120.89 | | $ 212.09 | $ 424.18 | | | |
| 168 | AVS | 1/24/2017 | 170010 | $ 1,018,492.90 | $ 58,563.34 | | | | | $ 10,184.93 | | $ 1,018.49 | $ 2,036.99 | | cobrada 06/21 | |
| 173 | LP | 1/24/2017 | 170018 | $ 14,652,643.90 | $ 842,527.02 | | | $ 146,526.44 | | | | $ 14,652.64 | $ 29,305.29 | | | |
| 174 | AVS | 2/23/2017 | 170026 | $ 491,385.10 | $ 28,254.64 | | | | | $ 4,913.85 | | $ 491.39 | $ 982.77 | | | |
| 175 | AVS | 2/17/2017 | 160393 | $ 1,171.00 | | | | | | | | | | | cancelada | |
| 177 | AVS | 3/16/2017 | 170073 | $ 4,139,500.00 | $ 238,021.25 | | | | | $ 41,395.00 | | $ 4,139.50 | $ 8,279.00 | | cobrado 06/21 sobre 389 k, COBRADO 22390.80 SOBRE 389 K | |
| 178 | MH | 3/10/2017 | 160367 | $ 731,832.00 | $ 42,080.34 | | | | | | | $ 731.83 | | $ 7,318.32 | | |
| 179 | LP | 3/23/2017 | 160402 | $ 346,832.67 | $ 19,942.88 | | | $ 3,468.33 | | | | $ 346.83 | $ 693.67 | | | |
| 180 | LP | 3/23/2017 | 170074 | $ 15,543,655.49 | $ 893,760.19 | | | $ 155,436.55 | | | | $ 15,543.66 | $ 31,087.31 | | cobrado 07-27 sobre 2224549, cobrado 08/02 sobre 4793669 | |
| entra cons. | | | | | | | | | | | | | | | | |
| 183 | MH | 4/11/2017 | 170106 | $ 204,455.75 | $ 11,756.21 | | | | | | | | | | | |
| 185 | LP | 4/7/2017 | 170123 | $ 133,605.00 | $ 7,682.29 | | | $ 267.21 | | | | | | | cobrada 06/21 sobre 52k | |
| 191 | AVS | 4/20/2017 | 170088 | $ 35,000.30 | $ 2,012.52 | | | $ 70.00 | | | | | | | | |
| 192 | LP | 4/30/2017 | 170131 | $ 3,062,738.51 | $ 176,107.46 | | | $ 6,125.48 | | | | | | | | |
| 194 | LP | 6/2/2017 | | $ 712,470.00 | $ 40,967.03 | | | $ 21,937.00 | | | | | | | cobrado julio 31 sobre 381525, cobrado 08/02 sobre 206 k | |
| 195 | LP | 6/8/2017 | | $ 253,200.00 | $ 14,559.00 | | | $ 20,000.00 | | | | | | | CARROS | |
| 196 | JR | 6/13/2017 | 170163 | $ 37,615.20 | $ 2,162.87 | | | $ 75.23 | | | | | | | | cobrada total 07-24 |
| 197 | LP | 6/19/2017 | 170165 | $ 896,768.00 | $ 51,564.16 | | | $ 1,793.54 | | | | | | | | |
| 198 | JR | 6/27/2017 | 170164 | $ 507,741.00 | $ 29,195.11 | | | $ 1,015.48 | | | | | | | | |
| 199 | LP | 6/22/2017 | 170168 | $ 37,125,400.00 | $ 2,134,710.50 | | | $ 74,250.80 | | | | | | | | |
| 200 | LP | 6/28/2017 | 170167 | $ 4,671,750.00 | $ 268,625.63 | | | $ 9,343.50 | | | | | | | | |
| 201 | AVS | 6/28/2017 | 170087 | $ 35,033.50 | $ 2,014.43 | | | $ 70.07 | | | | | | | | |
| 202 | DB | 6/27/2017 | 170138 | $ 1,393,826.08 | $ 80,145.00 | | | $ 2,787.65 | | | | | | | | |
| 203 | NO HAY | | | | | | | | | | | | | | | |
| 204 | LP | 6/29/2017 | 170166 | $ 28,717,309.46 | $ 1,651,245.29 | | | $ 57,434.62 | | | | | | | | |
| 205 | LP | 6/30/2017 | CARROS TOYOTA | $ 252,084.20 | $ 14,494.84 | | | | | | | | | | | |
| 206 | AVS | 7/6/2017 | 170144 | $ 1,224,751.32 | $ 70,423.20 | | | $ 2,449.50 | | | | | | | | |
| 207 | AVS | 7/6/2017 | 170156 | $ 9,371.00 | $ 538.83 | | | $ 18.74 | | | | | | | | |
| 208 | | | RADIOS Y CHAQUETAS | | | | | | | | | | | | | |
| 209 | LT | 7/14/2017 | 45074050697 | $ 102,274.80 | $ 5,880.80 | | | $ - | | | | | | | | |
| 210 | LT | 7/14/2017 | 45074032296 | $ 276,163.60 | $ 15,879.41 | | | $ - | | | | | | | | |
| 211 | LT | 7/18/2017 | 45074044006 | $ 362,761.90 | $ 20,858.81 | | | $ - | | | | | | | | |
| 212 | AVS | 7/18/2017 | 170130 | $ 375,097.32 | $ 21,568.10 | | | $ - | | | | | | | | |

| | | | | | | | | | | | | anticipos comm 2 | | | $ 44,776.24 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | mayo 11 s/t | | anticipo comision 2 | | | 27918.87 | | 20250.03 | | 3588.73 | | | 5254 | 10896.88 | |
| | | mayo 31 | | | | | | | 2248.67 | | | | | | | |
| | | JUNIO 11 | | anticipo 3 | | $ 2,414.28 | | $ 3,558.08 | | $ 4,455.06 | | | 2519.54 | | | |
| | | | | | | | | $ 5,000.00 paid | | | | | | | | |
| | | | | | | $ 2,414.28 | | 31056.77644 | | $ 4,455.06 | | | 7773.54 pending for payment | | | |
| | | | | anticipo 4 | | 2071.59 | | 61668.99 | | 26120.62 | | | 14366.79 pending for payment | | | |
| | | | | ANTICIPO 5 | | $ 4,485.87 paid 07/21 | | $ 87,725.77 | | $ 30,575.68 paid 07/21 | | | 22140.33 | | | |
| | | | | Total a pagar a 07/14 | | 201.81 | | 1962.05 | | 5085.95 pending for invoice | | | 724.98 pending for payment | | | |
| | | | | | | 201.81 | | $ 89,687.82 paid 07/21 | | 5085.95 | | | 22865.31 | | | |
| | | | | anticipo 6 | | | | 38756.8 | | | | | 6267.49 | | | |
| | | | | total a pagar 07/27 | | | 201.81 pending for invoices | 38756.8 | | 5085.95 | | | 29132.8 pending for payment | | | |
| | | | | | | | | 3815.25 | | | | | | | | |
| | | | | total a pagar a 07/31 | | | | 42572.05 | | | | | | | | |
| | | | | total a pagar a 08/02 | | | | 96944 | | 835.99 | | | 9736 | | | |
| | | | | deuda a agosto 02 | | $ 201.81 | | $ 139,516.05 send it to de bank | | $ 5,921.94 | | | $ 38,868.80 | | | |