# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

June 14, 2024

**VIA CM/ECF AND EMAIL**

The Honorable George C. Hanks, Jr.
United States District Judge for the
Southern District of Texas
515 Rusk St., Room 6202
Houston, TX 77002

Re:  *CITGO Petroleum Corp. v. Petroleum Logistics Service Corp., and Paul M. Cowan, in his Capacity as the Curator of the Estate of Jose Manuel Gonzalez Testino*, No: 4:20-cv-01820

Dear Judge Hanks:

In accordance with Rule 1.E. of Your Honor's Court Procedures, we write on behalf of Plaintiff CITGO Petroleum Corporation ("CITGO") with respect to the Notice of Default Judgment Hearing (the "Notice") issued by this Court on June 6, 2024 (ECF No. 59).

CITGO has received the Notice and is in the process of effecting service of the Notice and CITGO's Motion for Default Judgment on Defendants Petroleum Logistics Service Corp. and Paul M. Cowan, in his capacity as the curator of the estate of Jose Manuel Gonzalez Testino.  CITGO's present understanding of this Court's Notice is that the Court does not intend for the July 10, 2024 hearing to be an evidentiary hearing, in which witnesses would be called to provide testimony, or other evidence taken and admitted into the record, regarding the damages CITGO suffered.  Of course, if this Court's intent is otherwise, CITGO will be prepared to move forward with such a hearing.  To the extent CITGO's understanding of the Notice is incorrect, we respectfully request that the Court inform us at the earliest possible opportunity.

CITGO will appear by video and be prepared to address any questions this Court may have at the July 10, 2024 hearing.  Should there be any specific issues that the Court would like CITGO to address, or if the Court has any additional requests or expectations of counsel

Letter to the Honorable George C. Hanks, Jr.
June 14, 2024
Page 2

for the hearing, please let us know.  CITGO stands ready to assist the Court as appropriate in its resolution of this matter.

Respectfully submitted,

/s/ *Andrew English*

cc:   All counsel of record (via CM/ECF)
      Paul M. Cowan (via email: paul@pcprobatelaw.com)

Dated:  June 14, 2024                    /s/ *Jennifer Hardy*
                                         Jennifer Hardy, Attorney-in-Charge
                                         Texas Bar No. 24096068
                                         Southern District of Texas Bar No. 2828253
                                         Willkie Farr & Gallagher LLP
                                         600 Travis Street
                                         Houston, TX 77002
                                         Tel: (713) 510-1766 | Fax: (713) 510-1799
                                         JHardy2@willkie.com

                                         Michael J. Gottlieb
                                         Robert J. Meyer
                                         Nicholas Reddick
                                         Andrew English
                                         Willkie Farr & Gallagher LLP
                                         1875 K Street, N.W.
                                         Washington, D.C. 20006
                                         Tel: (202) 303-1000 | Fax: (202) 303-2000

                                         *Attorneys for Plaintiff CITGO Petroleum Corporation*