United States District Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CITGO PETROLEUM CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> PETROLEUM LOGISTICS SERVICE CORP., and PAUL M. COWAN, IN HIS CAPACITY AS THE CURATOR OF THE ESTATE OF JOSE MANUEL GONZALEZ TESTINO, <br><br> *Defendants.* | **Civil Case No. 4:20-cv-01820** <br><br> **Jury Trial Demanded** |

**ORDER**

Having considered Petitioner CITGO Petroleum Corp.'s ("CITGO") *Motion For Default Judgment Against Defendants*, it is this   16th   day of   July   2024, hereby:

**ORDERED**, that CITGO's *Motion For Default Judgment Against Defendants* is **GRANTED**; it is

**FURTHER ORDERED** that a default judgment is entered in CITGO's favor against Defendant Petroleum Logistics Service Corp. ("PLS") and Defendant Paul M. Cowan, as the curator of the estate of Jose Manuel Gonzalez Testino ("Testino"); it is

**FURTHER ORDERED** that PLS is liable to CITGO for $84,807,340.97 in compensatory damages for PLS's breaches of contract and fraud; it is

**FURTHER ORDERED** that PLS and Cowan, as the curator of Testino's estate, are jointly and severally liable to CITGO for the above-referenced $84,807,340.97 in compensatory damages on account of PLS and Testino's violations of the RICO statute; it is

**FURTHER ORDERED** that the compensatory damages for the violations of the RICO statute are trebled under RICO to $254,422,022.91, and that PLS and Cowan, as the curator of Testino's estate, are jointly and severally liable to CITGO for those damages; it is

**FURTHER ORDERED** that PLS and Cowan, as the curator of the estate of Testino, are jointly and severally liable to CITGO for $89,288,189.10 in prejudgment interest on the trebled RICO damages; and it is

**FURTHER ORDERED** that PLS and Cowan, as the curator of the estate of Testino, are jointly and severally ordered to pay post-judgment interest to CITGO on the entire monetary judgment at the rate specified in 28 U.S.C. § 1961 and accruing from the date this Court enters judgment.

**SO ORDERED.**

July 16, 2024
_____
Date

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Under Federal Rule of Civil Procedure 5(a)(2), "[n]o service is required on a party who is in default for failing to appear." Defendant PLS failed to appear, and the Clerk of the District Court entered default on January 22, 2021. ECF No. 31. As such, CITGO will not be serving this Proposed Order on PLS. In accordance with Federal Rule of Civil Procedure 5, CITGO will mail this Proposed Order to the following address for Cowan:

    Paul M. Cowan & Associates, P.A.
    Oak Park Professional Center
    8925 SW 148th St., Ste. 100
    Palmetto Bay, FL 33176-8000

Dated:  July 11, 2024

/s/ *Andrew English*
Andrew English
(Signed by permission of Attorney-in-Charge)
DC Bar No. 1021498 (*pro hac vice*)
Michael J. Gottlieb
Robert J. Meyer
Nicholas Reddick
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 303-1000 | Fax: (202) 303-2000

Jennifer Hardy, Attorney-in-Charge
Texas Bar No. 24096068
Southern District of Texas Bar No. 2828253
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002
Tel: (713) 510-1766 | Fax: (713) 510-1799
JHardy2@willkie.com

*Attorneys for Plaintiff CITGO Petroleum Corporation*